```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 47964
    JAMES LEAR
    LEE ESTHER LEAR                             CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-5937      SSN XXX-XX-1069
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/30/04 and confirmed on 03/04/05.

   2.  The case was dismissed after confirmation, 08/24/2007.

   3.  The Debtor paid a total of $  89595.66 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | 69829.35 | .00 | 69829.35 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 4752.35 | .00 | 4752.35 |
| CRESCENT BANK & TRUST | SECURED | 3925.00 | 200.00 | 3925.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 747.00 | .00 | 90.87 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT&T CABLE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF ZION | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER SERVICE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| GOPAL BHALALA MD | UNSECURED | NOT FILED | .00 | .00 |
| DOCTORS OFFICE OF ZION | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY SPECIALISTS OF | UNSECURED | NOT FILED | .00 | .00 |
| JOHN S NARMONT | UNSECURED | NOT FILED | .00 | .00 |
| JOHN TORRES | UNSECURED | 11800.13 | .00 | 1435.31 |
| LAKE COUNTY HOUSING AUTH | UNSECURED | 15730.00 | .00 | 1913.33 |
| MIDWESTERN REGIONAL MEDI | UNSECURED | 1094.00 | .00 | 133.07 |
| MIDWESTERN RECIONAL MEDI | UNSECURED | 989.00 | .00 | 120.30 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDWESTERN REGIONAL MEDI | UNSECURED | 968.80 | .00 | 117.85 |
| NORTH SHORE SANITARY DIS | FILED LATE | .00 | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | NOT FILED | .00 | .00 |
| OFFICE OF THE ADMINISTRA | UNSECURED | NOT FILED | .00 | .00 |
| PATIENT FIRST | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST THERESE MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

```
CRESCENT BANK & TRUST        UNSECURED      2117.17            .00        257.53
        Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  78506.70          .00      33446.10          .00     111952.80
PRINCIPAL PAID      78506.70          .00       4068.26          .00      82574.96
INTEREST PAID         200.00          .00            .00          .00         200.00
TOTAL PAID          78706.70          .00       4068.26          .00      82774.96
```

The Debtor's attorney, PETER FRANCIS GERACI      , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $   3456.03 .

Refunds to the Debtor totaled $     664.67 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/19/07                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 47964 JAMES LEAR & LEE ESTHER LEAR